An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN FRANCIS ARPINO,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; THE HONORABLE
PATRICK FLANAGAN, DISTRICT
JUDGE; THE HONORABLE LIDIA
STIGLICH, DISTRICT JUDGE; AND
THE HONORABLE DAVID A. HARDY,
DISTRICT JUDGE,
Respondents.

No. 65046

**FILED**

APR 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a proper person "First Amendment petition." Petitioner asks this court to vacate his judgment of conviction, release him from prison, and award him compensation because the district court judges who presided over his criminal proceedings do not hold valid offices. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. Further, petitioner did not demonstrate an unconstitutional prior restraint of his First Amendment rights. *See* NRS 34.185. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the district

SUPREME COURT
OF
NEVADA

(O) 1947A

14 - 11514

court in the first instance.[1]    NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.
Parraguirre

_____Saitta_____, J.
Saitta

cc:    John Francis Arpino
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.